IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| BRANDI WILLIAMSON, On Behalf of Themselves and Those Similarly Situated,<br><br>PLAINTIFF,<br><br>v.<br><br>SOUTH SHOR, INC. d/b/a THE PEDDLER STEAKHOUSE, ALAN G. BAREFOOT, and CHARLES GRANT,<br><br>DEFENDANTS. | CASE NO. 4:17-CV-03026-MGL<br><br>**JOINT MOTION REQUESTING APPROVAL OF FAIR LABOR STANDARDS ACT SETTLEMENT** |

Plaintiffs, through their undersigned counsel, and Defendants, through their undersigned counsel (Plaintiffs and Defendants jointly "Parties"), hereby jointly move this Court for approval of settlement of this action. Plaintiffs allege Defendants violated the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (hereafter "FLSA"), in particular, by violating § 203(m), the Tip Credit, and the South Carolina Payment of Wages Act. Defendants deny any liability under the FLSA and the South Carolina Payment of Wages Act.

A motion for conditional certification was granted, and notice was provided to the putative plaintiffs. Seven (7) individuals have joined the action. There has been a vigorous dispute between the Parties as to the underlying facts and the applicable law.

After considerable discussion and review, the Parties have agreed to a settlement. The Defendants will submit the Settlement Agreement, including its Exhibit 1 setting forth the individual amounts, to the Court *in camera*. Plaintiffs do not oppose Defendants' request for in camera review by the Court and do not take a position on the propriety of confidentiality in this case.

1

This motion is also supported by EXHIBIT A – Declaration of Andrew Kimble.

On behalf of the Plaintiffs, the Named Plaintiff approved the settlement. In addition, on September 24 and September 25, 2018, Plaintiffs' counsel contacted each Opt-In Plaintiff outlining the financial and non-financial aspects of the settlement. Each Opt-In Plaintiff accepted the settlement and did not object to the terms of the settlement or the Settlement Agreement.

The Parties believe the settlement reached and agreed upon to be fair and reasonable. Based on the foregoing, the Parties hereby move for a Court Order approving the Settlement Agreement reached by the Parties.

Dated this 25th day of October 2018.

| WE SO MOVE: | WE SO MOVE: |
|---|---|
| /s/ Patrick McLaughlin | /s/ William H. Floyd, III |
| Patrick McLaughlin | William H. Floyd, III, Fed. ID No. 1580 |
| Wukela Law Firm | Melissa F. Spence, Fed. ID No. 11194 |
| 403 Second Loop Rd. | NEXSEN PRUET, LLC |
| PO Box 13057 | 1230 Main Street, Suite 700 |
| Florence, SC 29504-3057 | Columbia, South Carolina 29201 |
| 843-669-5634 (Phone) | Telephone:  (803) 771-8900 |
| 843-669-5150 (Fax) | Facsimile:   (803) 253-8277 |
| Patrick@wukelalaw.com | wfloyd@nexsenpruet.com |
|  | mspence@nexsenpruet.com |
| Andrew Kimble* | R. Daniel Boyce* |
| Markovits, Stock & DeMarco, LLC | N.C. State Bar No. 12329 |
| 3825 Edwards Road, Suite 650 | NEXSEN PRUET, PLLC |
| Cincinnati, OH 45209 | 4141 Parklake Avenue, Suite 200 |
| 513-651-3700 (Phone) | Raleigh, North Carolina 27612 |
| 513-665-0219 (Fax) | Telephone:  (919) 653-7825 |
| akimble@msdlegal.com | Facsimile:   (919) 833-7536 |
|  | dboyce@nexsenpruet.com |
| Counsel for Plaintiff |  |
| *Admitted *Pro Hac Vice* | Counsel for Defendants |
|  | *Admitted *Pro Hac Vice* |