AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Brandi Williamson, *On behalf of themselves and those similarly situated*, <br> *Plaintiff* <br> v. <br> South Shor, Inc. d/b/a The Peddler Steakhouse, <br> Alan G. Barefoot, and Charles Grant, <br> *Defendants* | ) ) ) ) ) ) ) <br><br> Civil Action No.    4:17-cv-03026-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ the settlement agreement is approved and this action is dismissed without prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding.  The Court having granted the
joint motion to approve the settlement agreement.


Date:   December 18, 2018                    *ROBIN L. BLUME, CLERK OF COURT*

                                             s/Charles L. Bruorton
                                             _____
                                             *Signature of Clerk or Deputy Clerk*